# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THE HARTFORD INSURANCE GROUP ON BEHALF OF CHUNLI CHEN,

        Respondent

        v.

KAFUMBA KAMARA, THRIFTY CAR RENTAL AND RENTAL CAR FINANCE GROUP,

        Petitioners

:  No. 205 EAL 2017
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

a. Can a Workers' Compensation lienholder bring a third party action on behalf of the injured worker to recoup amounts paid to the injured worker from the alleged tortfeasor contrary to the standard set in *Liberty Mutual Insurance Company v. Domtar Paper Co.*, 631 Pa. 463, 113 A.3d 1230 (Pa. 2015)?

b. Did the Superior Court fail to see that the failure to attach the verification of Chunli Chen to Plaintiff's Complaint and decision to attach the verification of the insurance adjuster with knowledge of the lien, supports the argument of [Petitioners] that this lawsuit was brought without the cooperation of Chunli Chen and solely on behalf of the insurance company in an attempt to subrogate its lien in direct contradiction of the standard set in *Liberty Mutual Insurance Company v. Domtar Paper Co.*, 631 Pa. 463, 113 A.3d 1230 (Pa. 2015)?

c. Is the caption, and effect of the caption, "The Harford Insurance Group On behalf of Chunli Chen" synonymous with "Liberty Mutual Insurance Company, as subrogee of George Lawrence" as it appears in *Liberty Mutual Insurance Company v. Domtar Paper Co.*, 631 Pa. 463, 113 A.3d 1230 (Pa. 2015)?